Sarah J. Odia, Nevada Bar No. 11053
sjo@paynefears.com
Rhianna S. Hughes, *Admitted Pro Hac Vice*
rsh@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants DRYBAR HOLDINGS LLC, KARRIE MARTINEZ, PATRICE CAMPBELL, ZENA LONG and RENEE ATWOOD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVATORE MALLIA, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>DRYBAR HOLDINGS, LLC, a foreign limited liability company; COURTNEY BARFIELD, an individual; KARRIE MARTINEZ, an individual; PATRICE CAMPBELL, an individual; ZENA LONG, an individual; RENEE ATWOOD, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00179-RFB-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |

An Early Neutral Evaluation ("ENE") is scheduled in the above-referenced action for June 17, 2019 before Magistrate Judge Cam Ferenbach. (*See*, ECF No. 3). Defendants have filed a Motion to Compel Plaintiff to submit his claim to arbitration. (ECF No. 32). Because participation in the ENE would be unnecessary if the court orders arbitration, Defendants and Plaintiff, by and through their respective counsel of record, hereby stipulate and agree that the ENE be continued until after the Court issues a decision on Defendants' pending Motion to Compel Arbitration.

This stipulation moots Defendants' Motion to Excuse Participation in the ENE and the Court's order on the same. (ECF Nos. 36, 38).

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

DATED: June 5, 2019　　　　PAYNE & FEARS LLP

By: 　*/s/ Sarah J. Odia*
Sarah J. Odia, Nevada Bar No. 11053
Rhianna S. Hughes, *admitted pro hac vice*
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300

Attorneys for Defendants DRYBAR HOLDINGS LLC, KARRIE MARTINEZ, PATRICE CAMPBELL, ZENA LONG and RENEE ATWOOD

DATED: June 5, 2019　　　　ELLSWORTH & BENNION, CHTD

By　　*/s/ Keen L. Ellsworth*
Ronald D. Green, Nevada Bar No. 4981
77 N. Rainbow Blvd., Ste. 380
Las Vegas, Nevada 89107
Tel. (702) 767-9987

Attorneys for Plaintiff, SALVATORE MALLIA, JR.

**ORDER**

**IT IS SO ORDERED:**

DATED: 6-6-2019

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation re ENE.docx